# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

The Cleveland-Cliffs Iron Company,  ) Case No. 1:15-cv-0063
Northshore Mining Company, and Cliffs )
Mining Company, )
) Judge Donald C. Nugent
           Plaintiffs, )
) Magistrate Judge W. H. Baughman, Jr.
   v. )
) **DEFENDANT ESSAR STEEL ALGOMA,**
Essar Steel Algoma Inc., ) **INC.'S MOTION FOR CHANGE OF**
) **TRIAL DATE AND NEW CASE**
           Defendant. ) **SCHEDULE**
)

Defendant Essar Steel Algoma Inc. ("Essar") hereby moves the Court to cancel the

currently scheduled December 7, 2015 trial date and reschedule the trial for a date no sooner than

March 21, 2016. Additionally, Essar requests that the Court hold a conference with the parties

within the next fourteen days to discuss the case schedule. A Memorandum in Support fully

explaining the bases for Essar's motion is attached herein.